[No. 15652-7-I.   Division One.   December 29, 1986.]

DONALD EUGENE PERKINS, ET AL, *Respondents,* v. LOUIS
SALHINGER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 83-2-03179-4, Paul D. Hansen, J.,
entered October 25, 1984. *Affirmed* by unpublished opinion
per Williams, J., concurred in by Coleman and Webster, JJ.

[No. 16640-9-I.   Division One.   December 29, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JASON
LAMONT VRIEZEMA, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-8-00679-0, Frank J. Eberharter, J., entered
April 17, 1985. *Remanded with instructions* by unpub-
lished opinion per Scholfield, C.J., concurred in by Swanson
and Coleman, JJ.

[No. 15302-1-I.   Division One.   December 29, 1986.]

ROBERT J. LEE, ET AL, *Respondents,* v. WILLIAM
RONALD HAMPTON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 83-2-02709-6, Gerald L. Knight, J.,
entered September 4, 1984. *Affirmed* by unpublished opin-
ion per Williams, J., concurred in by Swanson and Pekelis,
JJ.

[No. 14783-8-I.   Division One.   December 29, 1986.]

HENRY RAY FUSSNER, *Respondent,* v. DAVID HAGEN,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 83-2-17769-3, Frank J. Eberharter, J., entered
May 16, 1984. *Affirmed* by unpublished opinion per Grosse,
J., concurred in by Swanson and Williams, JJ.